JOPEPH A. WHERRY AND OTHERS, HEIRS OF MACKEY WHERRY
DECEASED, APPELLANTS v. THE UNITED STATES, APPELLEES.

On the 18th of April 1802, the lieutenant-governor of Upper Louisiana granted six-
teen hundred arpents of land near certain rivers named in the grant, with direc-
tions to survey the same in a vacant place of the royal domain; but no survey was
made before the cession of Louisiana to the United States. By the Court. As the
grant contained no description of the land granted, and was not located within the
time prescribed by the act of congress of the 10th of March 1804, it comes di-
rectly within the point decided by this court in the case of John Smith, T., and
cannot be confirmed.

ON appeal from the district court of the United States for the dis-
trict of Missouri.

The case is fully stated in the opinion of the court.

It was argued by Mr White, for the appellants; and by Mr But-
ler, attorney-general, for the United States.

Mr Justice BALDWIN delivered the opinion of the Court.

This is an appeal from the decree of the district court of Missouri,
rejecting the claim of the appellants to sixteen hundred arpents of
land in that state, for the confirmation of which they had filed their
petition, pursuant to the provisions of the act of 1824 for the adjust-
ment of land claims in that state.

The petition was in the form prescribed by the law; presenting a
proper case for the jurisdiction of the court.

The claim of the petitioners was founded on an application by
Mackey Wherry to the lieutenant-governor of Upper Louisiana, on
the 15th of April 1802, for a grant of sixteen hundred arpents of
land near the rivers Dardennes and Mississippi, in the vacant lands
of the king, which he shall point out at the time of the survey. On
the 18th of the same month this application was granted by the
lieutenant-governor, with directions to survey the quantity de-
manded in a vacant place of the royal domain; but no survey ap-
pears to have been made before the 10th of March 1804.

As this grant contained no description of the lands granted, and
was not located before the time prescribed by the act of 1824, sub-

[Wherry et al. v. The United States.]

mitting these cases to judicial cognizance ; it comes directly within the point decided by this court in the case of John Smith, T. v. The United States at this term, and cannot be confirmed. It is therefore our opinion that the title of the petitioners to the land claimed and described in their petition is not valid.

The decree of the district court is affirmed.


This cause came on to be heard on the transcript of the record from the district court of the United States for the district of Missouri, and was argued by counsel ; on consideration whereof, it is ordered, adjudged and decreed by this court, that the decree of the said district court in this cause be, and the same is hereby affirmed.